**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 15-cv-02482-CMA-MJW

MICHAEL GREEN

    Plaintiff,

v.

ASSET ACCEPTANCE, LLC, a Delaware limited liability company,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with Fed.R.Civ.P.41(a)(1)(A)(ii) and the Stipulation of Dismissal With Prejudice (Doc. #15), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs.

DATED:  February 5, 2016

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge
